WM 20-349 JP
SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF KINGS

------------------------------------------------------------------X

ROSLYN DAVIS,                                                   Index No.: 512020/2020

                 Plaintiff,

  -against-                                                        **VERIFIED ANSWER**

WAL-MART STORES EAST, LP,

                 Defendant.

------------------------------------------------------------------X

      The defendant, WAL-MART STORES EAST, LP, by its attorneys, BRODY O'CONNOR & O'CONNOR, ESQS. , answering the Verified Complaint herein states upon information and belief:

      1: The allegations contained in paragraph marked "FIRST" are admitted.

      2: Defendant denies the allegations set forth in paragraph marked "SECOND" and each and every part thereof.

      3: Defendant denies the allegations set forth in paragraph marked "THIRD" except admits that WAL-MART STORES EAST, LP is the sublessee of that portion of the premises at 77 Green Acres Road, Valley Stream, New York that comprises the Valley Stream Walmart store.

      4: The allegations contained in paragraphs marked "FOURTH" and "FIFTH" are admitted.

      5: Defendant denies having knowledge or information sufficient to form a belief as to the allegations set forth in paragraphs marked "SIXTH", "SEVENTH", "EIGHTH", "NINTH", "TENTH", "ELEVENTH", "TWELFTH", "THIRTEENTH", "FOURTEENTH" and "FIFTEENTH" and each and every part thereof.

6: The allegations contained in paragraph marked "SIXTEENTH" are admitted.

7: Defendant denies having knowledge or information sufficient to form a belief as to the allegations set forth in paragraph marked "SEVENTEENTH" and each and every part thereof.

8: Defendant denies the allegation set forth in paragraph marked "EIGHTEENTH" and refers all questions of law to the trial court.

9: Defendant denies having knowledge or information sufficient to form a belief as to the allegations set forth in paragraphs marked "NINETEENTH" and "TWENTIETH" and each and every part thereof.

### AS AND FOR A FIRST AFFIRMATIVE DEFENSE

10: The plaintiff was guilty of culpable conduct, including contributory negligence and/or assumption of risk, and should an award be made to plaintiff, same should be diminished in the proportion which the culpable conduct and/or contributory negligence and/or assumption of risk attributable to the plaintiff bears to the culpable conduct and/or negligence which caused the damages.

### AS AND FOR A SECOND AFFIRMATIVE DEFENSE

11: In the event that plaintiff recovers judgment against this answering defendant and it is determined that plaintiff's damages was caused in whole or in part by two or more joint tortfeasors, then defendant's liability herein for non-economic loss may not exceed its equitable share of said damages in accordance with its relative culpability, as provided by Section 1601 of the CPLR.

AS AND FOR A THIRD AFFIRMATIVE DEFENSE

12: Plaintiff's recovery, if any shall be reduced by the amount of any collateral payments received, in accordance with CPLR Section 4545.

WHEREFORE, defendant, WAL-MART STORES EAST, LP, requests judgment dismissing the Complaint herein, together with costs and disbursements of this action.

Dated: Northport, New York
      August 16, 2020

    Yours, etc.

    BRODY O'CONNOR & O'CONNOR, ESQS.
    Attorneys for Defendant


By: _____
    PATRICIA A. O'CONNOR
    7 Bayview Avenue
    Northport, New York  11768
    (631) 261-7778
    File No.: WM 20-349 JP

TO:    LEVINE & SLAVIT, PLLC
        Attorneys for Plaintiff
        60 East 42nd Street, Suite 2101
        New York, New York  10165
        (212) 687-2777

## AFFIRMATION BY ATTORNEY

The undersigned, an attorney admitted to practice in the Courts of the State of New York, shows:

That affirmant is the attorney for the defendant in the within action; that affirmant has read the foregoing Verified Answer and knows the contents thereof; that the same is true to the affirmant's knowledge, except as to the matters therein stated to be alleged on information and belief; and that as to those matters, affirmant believes it to be true.

Affirmant further says that the reason this Verification is made by deponent and not by the defendant is that defendant is a foreign limited partnership.

The ground of belief as to all matters not stated upon deponent's knowledge are documents, correspondence and records maintained in your deponent's files and conversations and conferences has with the defendant.

The undersigned affirms that the foregoing statements are true under the penalties of perjury.

Dated: Northport, New York
      August 16, 2020

_____
PATRICIA A. O'CONNOR