WM 20-349 JP
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X

ROSLYN DAVIS,                            Docket No.:

                  Plaintiff,

                                                    **JURY DEMAND**
     -against-                               **OF DEFENDANT**

WAL-MART STORES EAST, LP,

                  Defendant.
------------------------------------------------------------------------X

         Pursuant to Federal Rule of Civil Procedure 38, Defendant hereby demands a trial by jury in the above-captioned action of all issues triable by jury.

Dated: Northport, New York
         August 23, 2021

                                       Yours, etc.

                                       BRODY, O'CONNOR & O'CONNOR, ESQS.
                                       Attorneys for Defendant


                         By:    *John R. Petrowski*
                                       JOHN R. PETROWSKI (JP 4121)
                                       7 Bayview Avenue
                                       Northport, New York 11768
                                       (631) 261-7778
                                       File No.: WM 20-349 JP


TO:    LEVINE & SLAVIT, PLLC
        Attorneys for Plaintiff
        60 East 42nd Street, Suite 2101
        New York, New York 10165
        (212) 687-2777